IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| THOMAS CUMMINS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 3:13-00645 |
| PROMETHEAN, INC., | ) | Judge Haynes |
| | ) | Magistrate Judge Griffin |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE EXCESS PAGES

*[handwritten annotation: Granted. This motion to brief will be 7-15-14]*

Comes now Plaintiff, Thomas Cummins, by and through undersigned counsel, and pursuant to Rule 16(b)(4), F.R.C.P., respectfully moves this Court for leave to file pages in excess of twenty-five (25), the limitation set forth in the Local Rules of Court. For cause, Plaintiff states that in order to fully respond and support Plaintiff's position, he requires additional pages.

Wherefore, good cause being shown, and in the interest of fairness and being able to adequately respond to Defendant's Motion, the Plaintiff respectfully moves this Court to enter an order allowing his to exceed the twenty-five page limitation for his brief in opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted;

ALLMAN & ASSOCIATES

/s/ Andy L. Allman
Andy L. Allman, #17857
103 Bluegrass Commons Blvd.
Hendersonville, TN 37075
Phone: (615) 824-3761
Facsimile: (615) 264-2720
andy@anydylallman.com

*Attorney for Plaintiff*