UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| THOMAS CUMMINS, ) ) ) Plaintiff, ) ) ) v. ) ) ) PROMETHEAN, INC. ) ) ) Defendant. ) | Case No. 3:13-cv-0645<br><br>Judge Haynes |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on November 6, 2014.

KEITH THROCKMORTON, CLERK

s/ Hannah B. Blaney