IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| THOMAS CUMMINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:13-00645 |
| | ) |
| PROMETHEAN, INC., | ) Judge Haynes |
| | ) Magistrate Judge Griffin |
| Defendant. | ) |

## NOTICE OF APPEAL

TAKE notice that Plaintiff, Thomas Cummins, files the following appeal in regards to the Memorandum (D.E. 36) granting Defendant's Motion for Summary Judgment entered on November 6, 2014, by Order of this Court (D.E. 38) in the above-referenced case.

Respectfully submitted,

/s/ Andy L. Allman
Andy L. Allman, BPR No. 17857
ANDY L. ALLMAN & ASSOCIATES
103 Bluegrass Commons Blvd.
Hendersonville, TN 37075
Telephone: (615) 824-3761
Facsimile: (615) 264-2720
andylallman@comcast.net

*Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that the foregoing, *Plaintiff's Notice of Appeal*, has been forwarded by electronic means via the Court's electronic filing system this 5th day of December, 2014, to:

Lawrence S. Eastwood, Jr., Esq.
Megan M. Sutton, Esq.
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, Tennessee  37201


*Attorney for Defendant*

                                                /s/Andy L. Allman
                                                Andy L. Allman