# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 29, 2015

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re:  Case No. 14-6480, *Thomas Cummins v. Promethean, Inc.*
     Originating Case No. : 3:13-cv-00645

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                            Sincerely yours,

                                            s/Robin L. Johnson
                                            Case Manager
                                            Direct Dial No. 513-564-7039

cc:  Mr. Andy L. Allman
     Mr. Jonathan O. Harris

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 14-6480

_____

Filed: June 29, 2015

THOMAS CUMMINS

      Plaintiff - Appellant

v.

PROMETHEAN, INC.

      Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 06/05/2015 the mandate for this case hereby issues today.

COSTS:  None